UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

        Plaintiff,

v.

OLUBUKOLA EDWARDS,

        Defendant.

_____/

Case No. 12-14754

Hon. George Caram Steeh

## **DEFAULT JUDGMENT**

This matter came before the Court on October 21, 2013 on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1. Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant Olubukola Edwards, in the amount of $30,000, plus costs in the amount of $350, for a total judgment of $30,350.

2. This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

SO ORDERED.

                              s/George Caram Steeh
                              United States District Judge

Dated: October 22, 2013